IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAG TRADING, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-12-745-F |
| | ) | |
| LSB INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

In accordance with the order entered on this date, granting defendant's motion to dismiss plaintiff's third amended complaint, judgment is hereby entered in favor of the defendant and against the plaintiff, with costs.

It is so ordered this 11th day of March, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0745p008.wpd